# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)

Kuntz, William F. | 2. Court or Organization

U.S. District Court, Eastern District of New York | 3. Date of Report

04/28/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active | 5a. Report Type (check appropriate type)

☐ Nomination   Date
☐ Initial   ☑ Annual   ☐ Final

5b. ☐ Amended Report | 6. Reporting Period

01/01/2020
**to**
12/31/2020 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | Department of Veterans Affairs, salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Account #1 (H) | | | | | | | | | |
| 2. | Fidelity Government Cash Reserves (FDRXX) | A | Int./Div. | N | T | | | | | |
| 3. | Fidelity Growth & Income Retirement Fund (FGRIX) | F | Dividend | P1 | T | Buy (add'l) | 01/13/20 | J | | |
| 4. | Account #2 (H) | | | | | | | | | |
| 5. | Blackrock High Yield Bond A (BHYAX) | C | Dividend | M | T | Buy (add'l) | 02/11/20 | J | | |
| 6. | | | | | | Buy (add'l) | 12/09/20 | J | | |
| 7. | Blackrock High Yield Bond C (BHYCX) | B | Dividend | K | T | Sold (part) | 02/11/20 | J | | |
| 8. | | | | | | Sold (part) | 12/09/20 | J | | |
| 9. | Blackrock High Yield Inst (BHYIX) | E | Dividend | N | T | | | | | |
| 10. | Account #3 (H) | | | | | | | | | |
| 11. | UBS Bank USA Deposit Account APY (cash) | A | Interest | K | T | | | | | |
| 12. | Lord Abbett US Govt Money Mkt Fund (LCCXX) | A | Dividend | | | Sold | 01/24/20 | K | | |
| 13. | American Funds, Washington Mutual Investors Fund Cl. A (AWSHX) | B | Dividend | L | T | | | | | |
| 14. | Blackrock Equity Dividend Fund A (MDDVX) | B | Dividend | K | T | | | | | |
| 15. | Clearbridge Large Cap Growth Fund Cl. A (SBLGX) | C | Dividend | L | T | | | | | |
| 16. | Invesco American Franchise Fund Cl. A (VAFAX) | C | Dividend | K | T | | | | | |
| 17. | Putnam Growth Opportunities Fund Cl. A (POGAX) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CAPT ONE NATL A VA US (cash) | A | Interest | | | Redeemed | 01/21/20 | K | | |
| 19. Bankunited NA Flor FL US CD (cash) | | None | | | Redeemed | 02/21/20 | K | | |
| 20. Bank Leumi NJ US CD (cash) | A | Interest | | | Redeemed | 05/19/20 | K | | |
| 21. JPMORGAN CHASE BK DE US (cash) | A | Interest | | | Redeemed | 01/21/20 | K | | |
| 22. First Natl Bk Ne US (cash) | | None | K | T | Buy | 01/28/20 | K | | |
| 23. TBK Bank SSB TX US (cash) | | None | K | T | Buy | 01/29/20 | K | | |
| 24. Access Bk Ne US (cash) | | None | K | T | Buy | 02/24/20 | K | | |
| 25. Wells Fargo Natl B NV US (cash) | A | Interest | K | T | Buy | 01/29/20 | K | | |
| 26. Ally Bk Midvale UT US (cash) | A | Interest | K | T | Buy | 01/30/20 | K | | |
| 27. Morgan Stanley Bk US (cash) | A | Interest | K | T | | | | | |
| 28. Synovus Bk GA US (cash) | A | Interest | K | T | Buy | 02/25/20 | K | | |
| 29. BMO Harris BK US (cash) | A | Interest | K | T | Buy | 05/22/20 | K | | |
| 30. TINT Treasury (912833LFS) | | None | J | T | Redeemed (part) | 11/16/20 | J | | |
| 31. Account #4 (H) | | | | | | | | | |
| 32. UBS Bank USA Deposit Account APY (cash) | A | Interest | M | T | | | | | |
| 33. UBS Prime Investor Fund (UPIXX) (cash equiv.) | A | Dividend | O | T | Buy | 01/07/20 | N | | |
| 34. Abbott Laboratories, Inc. (ABT) | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Abbvie Inc Com (ABBV) (X) | | None | K | T | Buy | 03/02/20 | L | | See Part VIII |
| 36. | | | | | Sold | 03/20/20 | L | | |
| 37. Aflac Inc. (AFL) | B | Dividend | L | T | | | | | |
| 38. Air Products and Chemicals Inc. (APD) | B | Dividend | M | T | | | | | |
| 39. Akamai Technologies Inc. (AKAM) | | None | K | T | | | | | |
| 40. Alphabet Inc. Cl. C (GOOG) | | None | K | T | | | | | |
| 41. Altria Group Inc (MO) (X) | | None | K | T | | | | | |
| 42. Amazon.com Inc. (AMZN) | | None | L | T | | | | | |
| 43. American Express Co. (AXP) | B | Dividend | L | T | Sold<br>(part) | 04/03/20 | K | E | |
| 44. American Tower Corp REIT (AMT) | A | Dividend | K | T | | | | | |
| 45. Anheuser-Busch Inbev Spons ADR (BUD) | | None | | | Sold | 04/03/20 | K | | |
| 46. Analog Devices Inc (ADI) (X) | | None | K | T | | | | | |
| 47. Ansys Inc. (ANSS) | | None | L | T | | | | | |
| 48. Automatic Data Processing Inc. (ADP) | C | Dividend | M | T | Sold<br>(part) | 01/07/20 | K | E | |
| 49. Bank United, Inc. (BKU) | A | Dividend | | | Sold | 03/23/20 | J | | |
| 50. Berkshire Hathaway Inc. New Class B<br>(BRK.B) | | None | L | T | Sold<br>(part) | 04/03/20 | K | E | |
| 51. Bristol Myers Squibb Co. (BMY) | C | Dividend | M | T | Sold<br>(part) | 03/26/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kuntz, William F.** | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | CDK Global Inc. Com. (CDK) | A | Dividend | K | T | | | | | |
| 53. | Charter Communications Inc. New Cl A (CHTR) | | None | K | T | | | | | |
| 54. | Chevron Corp. (CVX) (X) | B | Dividend | J | T | Sold | 03/10/20 | L | E | See Part VIII |
| 55. | Cigna Corp (CI) | A | Dividend | J | T | | | | | |
| 56. | Cisco Systems Inc (CSCO) (X) | | None | K | T | | | | | |
| 57. | Coca-Cola Co. Com. (KO) | B | Dividend | L | T | | | | | |
| 58. | Colgate Palmolive Co (CL) | A | Dividend | | | Sold | 03/23/20 | K | | |
| 59. | Comcast Corp New Cl A (CMCSA) | B | Dividend | | | Sold | 07/15/20 | L | E | |
| 60. | ConocoPhillips (COP) | A | Dividend | | | Sold | 03/10/20 | K | D | |
| 61. | CVS Health Corp (CVS) | C | Dividend | M | T | | | | | |
| 62. | Dentsply Sirona Inc. (XRAY) | A | Dividend | J | T | | | | | |
| 63. | Dominion Energy Inc. Va. New (D) | B | Dividend | L | T | | | | | |
| 64. | Dow Inc (DOW) | A | Dividend | | | Sold | 04/03/20 | J | D | |
| 65. | Dupont De Nemours Inc (DD) | A | Dividend | K | T | | | | | |
| 66. | Ecolab Inc. (ECL) | A | Dividend | L | T | | | | | |
| 67. | Exxon Mobil Corp. (XOM) | B | Dividend | | | Sold | 03/02/20 | L | E | |
| 68. | Essential Utils Inc (WTRG) (Frmly Aqua Amer Inc. (WTR)) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. General Mills Inc. (GIS) | C | Dividend | M | T | Sold (part) | 01/07/20 | K | E | |
| 70. | | | | | Sold (part) | 03/26/20 | K | E | |
| 71. | | | | | Buy (add'l) | 12/15/20 | L | | |
| 72. | | | | | Sold (part) | 12/21/20 | K | | |
| 73. Genuine Parts Co. (GPC) | A | Dividend | | | Sold | 03/20/20 | J | | |
| 74. Gilead Sciences Inc. (GILD) | A | Dividend | J | T | | | | | |
| 75. Glaxo Smithline PLC ADR (GSK) (X) | | None | J | T | | | | | |
| 76. Hubbell Inc. Class B (HUBB) | B | Dividend | M | T | | | | | |
| 77. Intel Corp (INTC) | B | Dividend | | | Buy | 07/15/20 | L | | |
| 78. | | | | | Buy (add'l) | 09/17/20 | L | | |
| 79. | | | | | Sold | 11/30/20 | M | | |
| 80. Intl Business Match (IBM) (X) | | None | J | T | | | | | |
| 81. Intl Flavor & Fragrances (IFF) | | None | L | T | Buy | 11/25/20 | L | | |
| 82. Johnson & Johnson Com. (JNJ) | C | Dividend | M | T | Sold (part) | 03/26/20 | K | E | |
| 83. Koninklijke Philips Electronics NS Spon ADR New | | None | J | T | | | | | |
| 84. Labratory Corp Amer Hldgs New (LH) | | None | L | T | Buy | 07/15/20 | L | | |
| 85. Linde PLC (LIN) | A | Dividend | | | Sold | 03/23/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lockheed Martin Corp (LMT) | C | Dividend | M | T | | | | | |
| 87. Lowes Companies Inc. (LOW) | A | Dividend | K | T | | | | | |
| 88. Marsh & McLennan Cos. Inc. (MMC) | B | Dividend | M | T | Sold (part) | 01/07/20 | K | F | |
| 89. | | | | | Sold (part) | 03/26/20 | K | E | |
| 90. Medtronic PLC (MDT) | A | Dividend | | | Sold | 03/18/20 | L | | |
| 91. Merck & Co. Inc. New Com. (MRK) | C | Dividend | L | T | Sold (part) | 04/03/20 | K | E | |
| 92. Microsoft Corp. (MSFT) | B | Dividend | N | T | Sold (part) | 01/07/20 | K | E | |
| 93. Mondelez Intl Inc. (MDLZ) | B | Dividend | M | T | | | | | |
| 94. Moodys Corp. (MCO) | A | Dividend | | | Sold | 04/03/20 | K | E | |
| 95. Nestle S A Sponsored ADR (NSRGY) | B | Dividend | L | T | | | | | |
| 96. Nextera Energy Inc. Com. (NEE) | B | Dividend | M | T | | | | | |
| 97. Nike Inc. Cl. B (NKE) | A | Dividend | K | T | | | | | |
| 98. Norfolk Southern Corp. (NSC) | B | Dividend | L | T | Sold (part) | 01/07/20 | K | E | |
| 99. | | | | | Sold (part) | 03/26/20 | K | | |
| 100. | | | | | Sold (part) | 04/03/20 | K | D | |
| 101. Nortonlifelock Inc (NLOK) | A | Dividend | | | Buy | 08/28/20 | L | | |
| 102. | | | | | Sold | 11/30/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Pepsico Inc. (PEP) | B | Dividend | L | T | | | | | |
| 104. Philip Morris Intl Inc (PM) (X) | | None | K | T | | | | | |
| 105. Phillips 66 (PSX) | A | Dividend | | | Sold | 03/10/20 | J | E | |
| 106. Raytheon Co New (RTN) | A | Dividend | | | Buy | 01/08/20 | L | | |
| 107. | | | | | Sold | 03/18/20 | K | | |
| 108. Restaurant Brands Intl Inc (QSR) | A | Dividend | L | T | Buy | 09/17/20 | L | | |
| 109. Royal Dutch Shell PLC ADS REPSTG 2 Cl B (RDS.B) | A | Dividend | | | Sold | 03/10/20 | K | | |
| 110. Salesforce.Com Inc (CRM) | | None | L | T | Buy | 07/15/20 | L | | |
| 111. | | | | | Sold | 08/28/20 | M | E | |
| 112. | | | | | Buy | 10/19/20 | M | | |
| 113. Stanley Black and Decker Inc. Com. (SWK) | A | Dividend | K | T | | | | | |
| 114. Sysco Corp. (SYY) | A | Dividend | | | Sold | 04/03/20 | K | D | |
| 115. Unilever PLC (UL) | A | Dividend | | | Sold | 03/18/20 | L | | |
| 116. Union Pacific Corp. (UNP) | B | Dividend | M | T | Sold<br>(part) | 03/26/20 | K | D | |
| 117. United Parcel Service Inc Cl B (UPS) (X) | B | Dividend | K | T | | | | | |
| 118. US Bancorp Del (New) (USB) | A | Dividend | | | Sold | 03/26/20 | J | D | |
| 119. Verizon Communications (VZ) | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Viacomcbs Inc Cl B (VIAC) | | None | | | Buy | 01/06/20 | K | | |
| 121. | | | | | Sold | 02/24/20 | K | | |
| 122. Visa Inc. Cl A (V) | A | Dividend | M | T | | | | | |
| 123. Walt Disney Co. Com. (DIS) | A | Dividend | M | T | | | | | |
| 124. Waste Mgmt Inc New (WM) (X) | | None | J | T | | | | | |
| 125. 3M Co. (MMM) | C | Dividend | L | T | | | | | |
| 126. ETFMG PRIME CYBER SECURITY ETF (HACK) | B | Dividend | | | Sold | 03/20/20 | L | | |
| 127. SPDR S&P Biotech ETF (XBI) | | None | | | Sold | 03/23/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/28/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 35 and 54: Following complete sales, additional quantities of these holdings became reportable without corresponding reportable transactions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544